JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANH V. TRINH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>　　　　Respondent. | NO. CV 22-7168-AB (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed for lack of habeas corpus jurisdiction.

DATED: November 9, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDRE BIROTTE JR
　　　　　　　　　　　　　　　　　United States District Judge